Clerk Of Court Of Criminal Appeals;
Please file the enclosed motion and
send A copy to Post Conviction
Assistant Attorney Linda Garcia of
Houston, Texas,

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 12 2015

Abel Acosta. Clerk

Respectfully Requested;

James Guzman
#01023457 Z-2-14B
Darrington Unit
59 Darrington Road
Rosharon, Tx, 77583

MOTION DENIED
DATE: 8-1-16
BY: P.C.

Ex Parte

James Edward Guzman

No: 849860-E-WR-31,922-22
   849859-D-WR-31,922-21

Court of Criminal
Appeals of Texas
   31,922-21,22

"MOTION To WITHDRAW Revocation WARRANT Pending Decision Of 11.07 Habeas Corpus OF COURT OF CRIMINAL APPEALS OF TEXAS"

Comes now Applicant, James Edward Guzman in the Above Numbered causes And respectfully moves the Honorable Court Of Criminal Appeals Of Texas to ORDER the Texas Board Of Parsons And Paroles to withdraw Revocation WARRANT # 03202015-04440654 Pending Decision Of COURT OF CRIMINAL Appeals of TEXAS in 11.07 Habeas Corpus And shows:

I.

Applicant was Arrested December 2014, on an illegal prevocation warrant. New Parole Officer of Houston VII Office Kayobe Enigboken filed a prerevocation WARRANT Against James Guzman instead of following proper Due Process and Texas Parole Board Policy of which a summons should of been issued on alledged Parole violations.

P.O. Kayobe Enigboken continued to violate the Applicant's Due Process and Parole Board Rules by not affording the Applicant A timely Preliminary Hearing on Alledged Parole violations.

P.O. Kayobe Enigboken continued to violate the Applicant's Due Process by not affording

the Applicant 5 day notice of a revocation hearing. The Due Process violations occured as well in the 01/15/15 Revocation Hearing as Applicant was continued incarcerated on a Prerevocation warrant when He should of been released per Texas law and Texas Parole Board Policy as to a Summons or pending decision of Texas Board of Pardons and Paroles. Plus Houston VIII Supervisors had voted to Issue a Summons and to continue Supervision on July/2014 and December 2014. The Texas Board of Pardons and Paroles even issued a reopening of Revocation Hearing due to findings that P.O. Kayobe Evigboken violated Applicants due process by failing to give 5 day timely notice of a Revocation Hearing. Plus Hearing Officer Altheeia Charles (713) 681-4828 voted on 1/15/15 Non-Revocation.

Applicant's due process was continued to be violated by Board Analyst Edward Davila and Angleton Parole Board Commissioners Ira Evans and Lynn Ruziska which were concurring votes with Kayobe Evigboken to revoke the Applicants Mandatory Supervision even though they clearly violated His due process.

③

Applicant has been incarcerated since December 2014 under this illegal Revocation Warrant. All evidence lies in Revocation Records.

Applicant is a non-violent prisoner with 13flat years served on a non-agg 25yr sentence. He is a Christian Field Minister for Guzman Family Management, 3410 Otis St, Houston, Tx 77026, Resides with his elderly mother Carmen Guzman 3410 Otis St, Houston, Tx, 72026 (713)676-0335 for over 25yrs at residence.

Wherefore premises considered Applicant prays the Court will grant Relief of 11.07 Habeas Corpus and order withdraw of Revocation Warrant till Final Decision of Court of Criminal Appeals of Texas is rendered.

11-8-15

I, James Guzman, TDC#01023457, do hereby declare all is true and correct under the penalty of perjury.

11-8-15                James Guzman #01023457  Z-2-14B
                       Darrington Unit  59 Darrington Road
                       Rosharon, Tx, 77583

## ORDER

IT is hereby ordered Revocation Warrant #03202015-04440654 is hereby ordered withdrawn pending decision

Judge Presiding